IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JANE DOE,<br><br>   Plaintiff,<br><br><br>vs.<br><br><br>ROGER NELSON, et al.<br><br>   Defendants, | **ORDER and<br>MEMORANDUM DECISION**<br><br><br><br><br>Case No. 2:08-cv-220 CW |

Now before the court is a renewed motion to withdraw by Plaintiff's counsel and to stay Plaintiff's response to a pending motion to dismiss (Dkt. No. 43). The court also *sua sponte* orders Plaintiff to show cause why this case should not be dismissed.

**I.      Motion to Withdraw**

Plaintiff's counsel indicates that she is currently unable to communicate with her client despite reasonable efforts to do so. The court concludes that a complete inability to locate and communicate with a client is "good cause" for an attorney to withdraw under DUCivR 83-1.4(a)(2). Accordingly, Plaintiff's counsel's motion to withdraw is GRANTED.

**II.     Order to Show Cause**

After reviewing counsel's motion to withdraw, as well as taking into consideration the

orders to show cause already issued in this case, it does not appear that Plaintiff intends to proceed with this action. Accordingly Plaintiff is hereby ORDERED to show cause why this case should not be dismissed for failure to prosecute. If Plaintiff does not respond by June 10, 2011, this action will be dismissed. If Plaintiff satisfies the court that this action should not be dismissed, the court will consider setting new deadlines for the two outstanding motions to dismiss.

Notwithstanding her withdrawal, the court hereby ORDERS Ms. Corporon to use all reasonable efforts to ensure that Plaintiff receives a copy of this Order. Ms. Corporon is further ORDERED to file a brief with the court by June 3, 2011 describing her efforts to provide Plaintiff with a copy of this Order.

In addition, the Clerk is hereby instructed to send a copy of this Order to Ms. Doe's last known address of 19 Song Sparrow Lane, Hilton Head Island, SC 29928. The Clerk is further instructed to contact Ms. Corporon to obtain Plaintiff's actual name to include as the addressee, but should ensure that Plaintiff's actual name is not revealed on the docket.

SO ORDERED this 20th day of May, 2011.

BY THE COURT:

_____
Clark Waddoups
United States District Judge