IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br><br>vs.<br><br><br>ROGER NELSON, et al.<br><br>Defendants, | **ORDER and**<br>**MEMORANDUM DECISION**<br><br><br><br><br>Case No. 2:08-cv-220 CW |

On May 20, 2011, after noting that Plaintiff had cut off all contact with her former counsel in this matter and granting her former counsel's motion to withdraw on that basis, the court *sua sponte* ordered Plaintiff to show cause why this action should not be dismissed for failure to prosecute. The court required that Plaintiff respond by June 10, 2011.

To try to ensure that Plaintiff received notice of this order, the court ordered Plaintiff's former counsel to make reasonable efforts to contact Plaintiff. Plaintiff's former counsel made such efforts and reported them to the court on May 26, 2011. The court also instructed the Clerk to mail the order to Plaintiff's last known address using Plaintiff's actual name. The Clerk did so, but the mail was returned as undeliverable. To date, Plaintiff has not responded to the order to show cause.

For all these reasons, it appears that Plaintiff has decided to stop participating in this action.  Accordingly, this action is hereby DISMISSED for failure to prosecute.  The parties shall bear their own costs and fees.

SO ORDERED this 20th day of June, 2011.

BY THE COURT:

_____

Clark Waddoups
United States District Judge